**No. 42578.**—Protest 983437–G of Polack Co., Inc. (New York).

Opinion by CLINE, J. The goods were invoiced as "Russian Bristles." They were in small paper-covered packages upon which appeared the legend "Origin Siberia U. S. S. R." and the wooden cases in which they were packed were marked "Made in Russia." It was held that the paper packages were the immediate containers of the bristles and that the marking was sufficient to indicate the country of origin. Abstracts 40290 and 41274 followed. The protest was therefore sustained. *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) cited.

**No. 42579.**—Protest 954496–G of Dodge & Olcott Co. (New York).

Opinion by CLINE, J. It appeared that the drums were marked "Russia" and that the birch tar was not susceptible of being marked. In T. D. 47004 and T. D. 47114 short forms of markings were designated by the Secretary of the Treasury. As there appears to be no country at present bearing the name "Russia" it was held that the merchandise was not legally marked and the protest was overruled.

**No. 42580.**—Protest 954012–G of Amtorg Trading Corp. (New York).

Opinion by CLINE, J. It appeared that the crude drugs were imported from the Union of Soviet Socialist Republics. Wooden cases and bales constitute the immediate coverings and they had the legend "Moscow U. S. S. R." stenciled thereon. Although the legend used on the immediate containers of the crude drugs in question does not detail the name of the country of origin thereof it was held that it is "some other term which will definitely indicate that country." *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412). Abstracts 29551, 34635, and 40290 followed.

**No. 42581.**—Protest 947689–G of Amtorg Trading Corp. (New York).

Opinion by CLINE, J. It appeared that the bags had cloth tags attached containing the words "Soviet Union." On the authority of *American Hatters & Furriers Co.* v. *United States* (1 Cust. Ct. 111, C. D. 31) and Abstracts 37079, 39518 and 40715 the protest was sustained.

**No. 42582.**—Protest 936457–G of Peet & Powers, Inc. (New York).

Opinion by CLINE, J. It appeared that the machinery parts were not marked but the wooden case was marked "British Made." This marking was held not sufficient to indicate the country of origin of the merchandise. Abstract 38974 cited. As neither the article nor the immediate container was legally marked the protest was overruled.